UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY SMITH,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. 2:22-cv-01667-MAT<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION AND DENYING MOTION FOR APPOINTMENT OF COUNSEL |

      Plaintiff filed a *pro se* complaint against the Commissioner of the Social Security Administration along with an application to proceed *in forma pauperis* and a motion for appointment of counsel. Dkt. 6, 7. Having considered Plaintiff's motions, the Court finds and concludes as follows:

      (1)    Plaintiff's application to proceed *in forma pauperis* is GRANTED. Pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C § 405(g) to the Federal Rules of Civil Procedure, the Clerk shall notify the Commissioner of the commencement of this action by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

      (2)    Plaintiff need not serve a summons and complaint, or file proof of service, under

Rule 4 of the Federal Rules of Civil Procedure.

(3)    The Commissioner shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days after notice of this action is given.

(4)    Plaintiff's motion for appointment of counsel is DENIED. There is generally no right to appointment of counsel in a civil case. Although the Court may request counsel to represent a party proceeding *in forma pauperis* under 28 U.S.C. § 1915(e)(1), such motions are granted only in "exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Plaintiff has shown neither that his case is particularly likely to succeed on the merits nor that he is unable to articulate his claims *pro se* considering the complexity of the legal issues involved warranting appointment of counsel in this matter. *See id.*

(5)    The Clerk is directed to send to Plaintiff a copy of this Order and a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 4th day of January, 2023.

MARY ALICE THEILER
United States Magistrate Judge